IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GROUP FILE OF JOSEPH MITCHELL, et al.,

    Petitioners,                                JUDGMENT IN A CIVIL CASE

v.                                                Case No. 16-cv-237-jdp

KITTY RHODES, et al.,

    Respondents.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Joseph Mitchell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

    /s/                                                                    12/14/2016

    Peter Oppeneer, Clerk of Court                         Date